LINDA T. BELLI, an Infant, by FRANK A. BELLI, Her Guardian ad Litem, et al., Appellants, v. NEW YORK CITY HOUSING AUTHORITY, Respondent, et al., Defendant.— Order appealed from unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

JUANITA COSTA, Respondent, v. ERNESTO MAYORAL, Appellant.— Order appealed from unanimously modified so as to set date for examination of defendant before trial five days before date of trial; if the defendant certifies that he will not attend the trial, examination may be had on open commission. Settle order. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

HARRY J. HAAS, Appellant, v. NATHANIEL L. SACHS et al., Copartners Doing Business under the Name of NATHANIEL L. SACHS COMPANY, Respondents.— Order unanimously modified, without costs, by striking from the bill of particulars items 7, 9, 10, 11, 12 and 15 through 19. These items are improper as they are irrelevant and do not involve any of the issues. The particulars sought by item 21 are to be furnished by plaintiff within ten days after the completion of his examination before trial of defendants. Examination of plaintiff by defendants is to be allowed as to those items consented to by plaintiff and, in addition thereto, items 2, 3 and 5. Items 4, 8 and 9 are stricken as improper. Settle order. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

SELMA VALBERG, Respondent, v. MORRIS VALBERG, Appellant.— Order unanimously reversed, without costs, and the motion denied. In May, 1954, appellant husband opened a joint account in the name of himself and respondent wife. It is uncontradicted that when the parties separated about August 30, 1954, respondent withdrew from the account the entire amount of $5,000. It is further uncontradicted that on August 28, 1954, respondent obtained from appellant a check payable to the order of the former in the sum of $350 for the purpose of paying a doctor's bill. Respondent cashed the check two days later and the doctor was not paid. In the light of these undisputed facts, we conclude that respondent has failed to show her need for an allowance for temporary alimony and counsel fees. Settle order. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

MARY WAGNER, Appellant, v. D. WARD NICHOLS, as Presiding Bishop of the First Episcopal District of the African Methodist Episcopal Church, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

In the Matter of the Arbitration between WM. PENN FIRE INSURANCE Co., Appellant, and COMPANHIA DE SEGUROS A MUNDIAL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *post*, p. 942.]